UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
ROBERTO MATA,

             Plaintiff,

vs.

AVIANCA, INC.,

             Defendant.

------------------------------------------------------------- x

Civil Action No.  22-cv-1461

**RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant AVIANCA, INC., by and through its attorneys of record, Condon & Forsyth LLP, hereby makes the following Disclosure Statement:

Avianca, Inc. certifies that the defendant's parent company, owning 100% of its stock, is:

Avianca Group International Limited (formerly Avianca Holdings S.A.)

Dated: February 22, 2022
       New York, New York

                                       Respectfully submitted,

                                       CONDON & FORSYTH LLP

                                       By  /s/Bartholomew J. Banino
                                              Bartholomew J. Banino (BB 4164)
                                              Marissa N. Lefland (ML 8217)
                                       Times Square Tower
                                     7 Times Square, 18th Floor
                                     New York, New York 10036
                                     Tel: (212) 490-9100
                                     bbanino@condonlaw.com
                                     mlefland@condonlaw.com

                                     *Attorneys for Defendant*
                                     AVIANCA, INC.