AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern Distict of New York

| | |
|---|---|
| ROBERTO MATA | ) |
| *Plaintiff* | ) |
| v. | ) |
| AVIANCA, INC | ) |
| *Defendant* | ) |

Case No.   22-cv-1461

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AVIANCA, INC.                                                                                            .

Date:     03/10/2022

/s/ Marissa N. Lefland
*Attorney's signature*

Marissa N. Lefland, Esq. (ML 8217)
*Printed name and bar number*

Condon & Forsyth LLP
7 Times Square, 18th Floor
New York, New York 10036
*Address*

mlefland@condonlaw.com
*E-mail address*

(212) 490-9100
*Telephone number*

(212) 370-4453
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March 2022, I electronically filed the Notice of Appearance using this Court's CM/ECF system, which will automatically send electronic copies of the foregoing papers to all counsel of record.

Steven Schwartz, Esq.
LEVIDOW, LEVIDOW & OBERMAN, P.C.
299 Broadway-Suite 1800
New York, New York 10007

_/s/ Marissa N. Lefland_____
Marissa N. Lefland