AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| ROBERTO MATA<br>*Plaintiff*<br>v.<br>AVIANCA, INC.<br>*Defendant* | )<br>)<br>)  Case No.  22-cv-1461<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ROBERTO MATA

Date:   03/31/2022

/s/ Peter LoDuca
*Attorney's signature*

Peter LoDuca PL5569
*Printed name and bar number*
Levidow Levidow & Oberman PC
299 Broadway, Suite 1800
New York, NY 10007

*Address*

p.loduca@levidow.com
*E-mail address*

(212) 964-3290
*Telephone number*

(212) 571-1053
*FAX number*