UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ROBERTO MATA,

                Plaintiff,                22-cv-1461 (PKC)

    -against-                             ORDER

AVIANCA, INC.,

                Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The Initial Pretrial Conference in the matter scheduled for April 22, 2022 is adjourned to April 29, 2022 at 11:30 a.m.  Call-In: 1-888-363-4749.  Access Code: 3667981.

        SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       April 14, 2022