LAW OFFICES
## LEVIDOW, LEVIDOW AND OBERMAN, P.C.
299 BROADWAY, SUITE 1800
NEW YORK, N.Y. 10007

(212) 964-3290
FAX (212) 571-1053

DAVID J. LEVIDOW (1927-2013)
RICHARD D. LEVIDOW (1931-2005)
RICHARD S. OBERMAN (1946-2015)
THOMAS R. CORVINO
STEVEN A. SCHWARTZ
PETER LoDUCA
ROBERT L. ELLENBERG

OF COUNSEL
JANE B. ROSENFELD

October 27, 2022

VIA ECF

Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Roberto Mata v. Avianca, Inc.
    Civil Action No.: 22-cv-1461 (PKC)

Dear Hon. J. Castel:

Kindly be advised that our office represents the plaintiff in the above titled action.

On April 22, 2022 a Pretrial Conference was held at which it was directed that our office provide in writing, cause why the action should not be dismissed.

Per the Court's direction, our office provided the requested letter on May 5, 2022.

Since that time, we have not heard anything from the Court.

Accordingly, it is respectfully requested that an update on the status of the action be provided.

Thank you for your consideration.

Respectfully Submitted,
LEVIDOW, LEVIDOW & OBERMAN, PC

STEVEN A. SCHWARTZ, ESQ.

---

*Handwritten order:*

Bartholomew J. Banino and Marissa N. Leffard, counsel of record for AVIANCA, INC., are ORDERED to provide a copy of any policy of liability insurance arguably providing coverage for plaintiff's claim within 14 days, together with a letter response to the letter of May 5, 2022 (Doc 11).

SO ORDERED.

USDJ
10-31-22