IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------x
                                                           :
    ROBERTO MATA,                                          :
                                                           :
                      Plaintiff,                           :   Civil Action No. 22-cv-1461 (PKC)
                                                           :
              v.                                           :
                                                           :   NOTICE OF MOTION TO DISMISS
    AVIANCA, INC.,                                         :
                                                           :
                      Defendant.                           :
-----------------------------------------------------------x
```

     PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Declaration of Bartholomew Banino, with accompanying exhibits, submitted by Defendant AVIANCA, INC. (hereinafter "Avianca"), by and through its attorneys, Condon & Forsyth LLP, hereby move this Court for an Order dismissing the Complaint for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6).

Dated: January 13, 2023                    Respectfully submitted,

                                                CONDON & FORSYTH LLP

                                                By:  /s/ Bartholomew J. Banino
                                                      Bartholomew J. Banino
                                                        bbanino@condonlaw.com
                                                         Marissa N. Lefland
                                                        mlefland@condonlaw.com

                                                         7 Times Square, 18th Floor
                                                         New York, New York 10036
                                                          (212) 490-9100

                                                *Attorneys for Defendant*
                                                AVIANCA, INC.

TO (via ECF):

LEVIDOW LEVIDOW & OBERMAN PC

Peter LoDuca
Steven Schwartz
299 Broadway, Suite 1800
New York, NY 10007
(212) 964-3290

*Attorneys for Plaintiff*
Roberto Mata