# Exhibit A

Voluntary Petition for Bankruptcy

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern _____ District of New York _____
_____(State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Avianca, Inc. |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | N/A |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number** (EIN) | 1  3  _  1  8  6  8  5  7  3 |

4. **Debtor's address**

**Principal place of business**

8333     NW 53 Street
Number     Street

Suite 100

Doral          FL     33166
City          State   ZIP Code

Miami-Dade
County

**Mailing address, if different from principal place of business**

_____
Number     Street

_____
P.O. Box

_____
City        State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number     Street

_____

_____
City        State    ZIP Code

| | |
|---|---|
| 5. **Debtor's website** (URL) | https://avianca.com |

| | |
|---|---|
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding  LLP) <br> ☐ Other. Specify: _____ |

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Avianca, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>4</u>   <u>8</u>   <u>1</u>   <u>1</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.   District _____  When _____  Case number _____
                                                              MM / DD / YYYY

           District _____  When _____  Case number _____
                                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.   Debtor   see attached Schedule 1                         Relationship   Affiliate

           District   Southern District of New York               When   Date Hereof
                                                                          MM  /  DD  / YYYY

           Case number, if known _____

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Avianca, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| | |
|---|---|
| Number | Street |

_____

| | | |
|---|---|---|
| City | State | ZIP Code |

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

(on a consolidated basis)

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☒ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

(on a consolidated basis)

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☒ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor   Avianca, Inc.
     Name

Case number (*if known*)

**16. Estimated liabilities**

(on a consolidated basis)

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☒ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/10/2020
         MM / DD / YYYY

✖ /s/ Adrian Neuhauser                   Adrian Neuhauser
Signature of authorized representative of debtor        Printed name

Title   Authorized Signatory

**18. Signature of attorney**

✖ /s/ Evan R. Fleck               Date   05/10/2020
Signature of attorney for debtor                      MM / DD / YYYY

Evan R. Fleck
Printed name
Milbank LLP
Firm name
55       Hudson Yards
Number      Street
New York                     NY     10001
City                            State     ZIP Code
212-530-5000               efleck@milbank.com
Contact phone                    Email address

4012662                 NY
Bar number                  State

American LegalNet, Inc.
www.FormsWorkFlow.com

## SCHEDULE 1

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York. The Debtors have moved for joint administration of these cases for procedural purposes only under the case number assigned to the chapter 11 case of Avianca Holdings S.A.

1. Aero Transporte de Carga Unión, S.A. de C.V.
2. Aeroinversiones de Honduras, S.A.
3. Aerovías del Continente Americano S.A. Avianca
4. Airlease Holdings One Ltd.
5. America Central (Canada) Corp.
6. America Central Corp.
7. AV International Holdco S.A.
8. AV International Holdings S.A.
9. AV International Investments S.A.
10. AV International Ventures S.A.
11. AV Investments One Colombia S.A.S.
12. AV Investments Two Colombia S.A.S.
13. AV Taca International Holdco S.A.
14. Avianca Costa Rica S.A.
15. Avianca Holdings S.A.
16. Avianca Leasing, LLC
17. Avianca, Inc.
18. Avianca-Ecuador S.A.
19. Aviaservicios, S.A.
20. Aviateca, S.A.
21. Avifreight Holding Mexico, S.A.P.I. de C.V.
22. C.R. Int'l Enterprises, Inc.
23. Grupo Taca Holdings Limited
24. International Trade Marks Agency Inc.
25. Inversiones del Caribe, S.A.
26. Isleña de Inversiones, S.A. de C.V.
27. Latin Airways Corp.
28. Latin Logistics, LLC
29. Nicaraguense de Aviación, Sociedad Anónima (Nica, S.A.)
30. Regional Express Américas S.A.S.
31. Ronair N.V.
32. Servicio Terrestre, Aereo y Rampa S.A.
33. Servicios Aeroportuarios Integrados SAI S.A.S.
34. Taca de Honduras, S.A. de C.V.
35. Taca de México, S.A.
36. Taca International Airlines S.A.
37. Taca S.A.
38. Tampa Cargo S.A.S.
39. Technical and Training Services, S.A. de C.V.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                      :
In re:                                                :     Chapter 11
                                                      :
AVIANCA, INC.,                                        :     Case No. 20-_____(___)
                                                      :
                              Debtor.                 :     (Joint Administration Requested)
                                                      :
------------------------------------------------------------------x

## CORPORATE OWNERSHIP STATEMENT PURSUANT
## TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007 AND 7007.1

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the

following are corporations, other than a governmental unit, that directly or indirectly own 10% or

more of any class of the Debtor's equity interests:

| Shareholder | Approximate Percentage of Equity Interest Held |
|---|---|
| Aerovias del Continente Americano S.A. Avianca | 100.0% |
| Latin Airways Corp. | Holds 94.96% of the equity interest of Aerovias del Continente Americano S.A. Avianca |
| AV Investments Two Colombia S.A.S. | Holds 100% of the equity interest of Latin Airways Corp. |
| AV Investments One Colombia S.A.S. | Holds 99.9% of the equity interest of AV Investments Two Colombia S.A.S. |
| Avianca Holdings S.A. | Holds 100.0% of the equity interest of AV Investments One Colombia S.A.S. |
| Kingsland Holdings Limited | Holds 21.9% of the equity interest of Avianca Holdings S.A. |
| BRW Aviation LLC | Holds 78.1% of the equity interest of Avianca Holdings S.A. |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

|   |   |   |
|---|---|---|
| In re: | : | Chapter 11 |
|   | : |   |
| AVIANCA HOLDINGS S.A., *et al.*,[1] | : | Case No. 20-_____(__) |
|   | : |   |
| Debtors. | : | (Joint Administration Requested) |
|   | : |   |

---------------------------------------------------------------x

## CONSOLIDATED LIST OF CREDITORS HOLDING
## FIVE (5) LARGEST SECURED CLAIMS

The following is a list of those creditors holding the five (5) largest secured claims against the Debtors, on a consolidated basis, as of January 29, 2020. This list has been prepared from the books and records of the Debtors for filing in the Debtors' chapter 11 cases.

The information set forth herein shall not constitute an admission of liability by, nor is binding on, the Debtors and the failure to list a claim as contingent, disputed or subject to set off shall not be a waiver of any of the Debtors' rights relating thereto.

---

[1]   The Debtors in these chapter 11 cases, and each Debtor's federal tax identification number (to the extent applicable), are as follows: Avianca Holdings S.A. (N/A); Aero Transporte de Carga Unión, S.A. de C.V. (N/A); Aeroinversiones de Honduras, S.A. (N/A); Aerovías del Continente Americano S.A. Avianca (N/A); Airlease Holdings One Ltd. (N/A); America Central (Canada) Corp. (00-1071563); America Central Corp. (65-0444665); AV International Holdco S.A. (N/A); AV International Holdings S.A. (N/A); AV International Investments S.A. (N/A); AV International Ventures S.A. (N/A); AV Investments One Colombia S.A.S. (N/A); AV Investments Two Colombia S.A.S. (N/A); AV Taca International Holdco S.A. (N/A); Avianca Costa Rica S.A. (N/A); Avianca Leasing, LLC (47-2628716); Avianca, Inc. (13-1868573); Avianca-Ecuador S.A. (N/A); Aviaservicios, S.A. (N/A); Aviateca, S.A. (N/A); Avifreight Holding Mexico, S.A.P.I. de C.V. (N/A); C.R. Int'l Enterprises, Inc. (59-2240957); Grupo Taca Holdings Limited (N/A); International Trade Marks Agency Inc. (N/A); Inversiones del Caribe, S.A. (N/A); Isleña de Inversiones, S.A. de C.V. (N/A); Latin Airways Corp. (N/A); Latin Logistics, LLC (41-2187926); Nicaraguense de Aviación, Sociedad Anónima (Nica, S.A.) (N/A); Regional Express Américas S.A.S. (N/A); Ronair N.V. (N/A); Servicio Terrestre, Aereo y Rampa S.A. (N/A); Servicios Aeroportuarios Integrados SAI S.A.S. (92-4006439); Taca de Honduras, S.A. de C.V. (N/A); Taca de México, S.A. (N/A); Taca International Airlines S.A. (N/A); Taca S.A. (N/A); Tampa Cargo S.A.S. (N/A); Technical and Training Services, S.A. de C.V. (N/A). The Debtors' principal offices are located at Avenida Calle 26 # 59 – 15 Bogotá, Colombia.

| | Creditor / Address | Claim Amount | Debt Type | Description of Collateral |
|---|---|---|---|---|
| 1 | Wilmington Savings Fund Society, FSB<br>500 Delaware Avenue<br>Wilmington, DE 19801<br>Tel: 302-888-7240<br>Email: phealy@wsfsbank.com | $484,419,000.00 | Bonds | Aircraft residual value and certain intellectual property |
| 2 | UMB Bank, N.A.<br>Marilee Sobieski<br>6550 S. Millrock Drive, Suite 150<br>Salt Lake City, UT 84121<br>Tel: 385-715-3013<br>Email: corptrustutah@umb.com<br>Marilee.Sobieski@umb.com | $325,000,000.00 | Long Term Debt | Credit card receivables collections Fiduciary agreement |
| 3 | Wells Fargo Bank Northwest N.A.<br>(in its capacity as Owner Trustee)<br>299 South Main Street, 5th Floor<br>Salt Lake City, UT 84111<br>Tel: 801-246-7142 | $271,117,294.00 | Aircraft Loan Agreement | (1) A319,<br>(3) A320,<br>(2) A321,<br>(2) B787 aircraft |
| 4 | ING Capital LLC US<br>David Jaquet<br>1133 Avenue of the Americas, 8 Fl<br>New York, NY 10036<br>Tel: 646-424-6000<br>Email: David.Jaquet@ing.com | $123,559,193.00 | ECA Aircraft Loan Agreement | One Boeing 787-900 MSN 65315 |
| 5 | Banco De Bogota New York Agency<br>(in its capacity as Agent)<br>Attn: Gladys Gonzalez Cortes<br>Calle 36 # 7-47 Piso 12<br>Bogota, Colombia<br>Email: gonza1@bancodebogota.com.co | $107,250,000.00 | Long Term Debt | Credit card receivables |

**Fill in this information to identify the case and this filing:**

Debtor Name  Avianca, Inc.

United States Bankruptcy Court for the:  Southern          District of  New York
                                                                              (State)

Case number (*If known*):  _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* _____

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑  Other document that requires a          Corporate Ownership Statement, Top 5 Secured Creditors List
    declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/10/2020          ✗ /s/ Adrian Neuhauser
             MM / DD / YYYY        Signature of individual signing on behalf of debtor

                                   Adrian Neuhauser
                                   Printed name

                                   Authorized Signatory
                                   Position or relationship to debtor

| | |
|---|---|
| Debtor name | AVIANCA HOLDINGS S.A., *et al.* |
| United States Bankruptcy Court for the: | Southern District of New York |
| | (State) |
| Case number (If known): | |

☐ Check if this is an
amended filing

Official Form 204

# Chapter 11: Consolidated List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 40 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 40 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | WILMINGTON SAVINGS FUND SOCIETY, FSB<br><br>500 DELAWARE AVE, WILMINGTON, DE 19801 USA | RAYE GOLDSBOROUGH<br>+1 302-888-7580<br>rgoldsborough@wsfsbank.com | Bond | Unliquidated | | | Unliquidated |
| 2 | CITIBANK, N.A.<br><br>CARRERA 9A #9902, 3RD FLOOR, BOGOTA, COLOMBIA | ELIZABETH REY<br>Elizabeth.rey@citi.com | Loan | Unliquidated | | | Unliquidated |
| 3 | BANCO DE BOGOTA<br><br>CALLE 36 # 7-47, FLOOR 12, BOGOTA, COLOMBIA | RAFAEL ARANGO<br>+57 315-334-3355<br>RARANGO@bancodebogota.com.co | Loan | Unliquidated | | | Unliquidated |
| 4 | WILMINGTON SAVINGS FUND SOCIETY, FSB<br><br>500 DELAWARE AVE, WILMINGTON, DE 19801 USA | RAYE GOLDSBOROUGH<br>+1 302-888-7580<br>rgoldsborough@wsfsbank.com | Bond | | | | $65,581,000 |
| 5 | IAE INTERNATIONAL AERO ENGINES AG<br><br>400 MAIN STREET MS 121-10, EAST HARTFORD, CT 06118 USA | WILLIAN RIVERA<br>+1 860-557-1914<br>Willian.Riverall@pw.utc.com | Maintenance Provider | | | | $36,088,520 |
| 6 | BANCO DAVIVIENDA<br><br>CARRERA 7 N 3110, BOGOTA, COLOMBIA | ADRIANA R PARRA GAMBA<br>+57 310-777-5607<br>arparra@davivienda.com | Loan | | | | $33,433,678 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7 | GENERAL ELECTRIC & CFM INTERNATIONAL<br><br>1 NEUMANN WAY,<br>CINCINNATI, OH 45215<br>USA | JOSE KLING<br>+1 415-238-2651<br>jose.kling@ge.com | Maintenance Provider | | | | $33,427,319 |
| 8 | ROLLS ROYCE PLC<br><br>KINGS PLACE,<br>90 YORK WAY,<br>LONDON, N1 9FX, UK | DAVID GONZALEZ<br>+1 470-328-0725<br>David.Gonzalez-Gomez@Rolls-Royce.com | Maintenance Provider | | | | $28,301,046 |
| 9 | SMBC AVIATION CAPITAL<br><br>IFSC HOUSE, IFSC, CUSTOM HOUSE QUAY,<br>DUBLIN, IRELAND | BART HARRINGTON<br>+1 972-974-7093<br>bart.harrington@smbc.aero | Lessor | | | | $10,989,992 |
| 10 | SAP COLOMBIA SAS<br><br>ED. TIERRA FIRME<br>PISO 24<br>AK 9N 115 06<br>BOGOTA, COLOMBIA | SANDRA VARGAS<br>+57 1600-3000<br>s.vargas@sap.com | IT Systems and Services | | | | $7,214,817 |
| 11 | AVOLON<br><br>NUMBER ONE,BALLSBRIDG BUILDING,<br>1 SHELBOURNE RD,<br>BALLSBRIDGE, DUBLIN, D04 K2R2, IRELAND | RAMON STORTINI<br>+55 119-9293-4000<br>rstortini@avolon.aero | Lessor | | | | $6,680,749 |
| 12 | BANCO AGRICOLA<br><br>BOULEVARD CONTITUCION.<br>67 AVENIDA NORTE, ED SAN JOSE DE LA MONTAÑA,<br>SAN SALVADOR,<br>EL SALVADOR | REINA DE LA PAZ CASTILLO TISNADO<br>+503-2267-5200<br>rcarrill@bancoagricola.com.sv | Unsecured Debt | | | | $5,000,000 |
| 13 | LAFISE PANAMA<br><br>URBANIZACION SANTA MARIA BUSINESS DISTRICT,<br>PANAMA CITY, PANAMA | RODRIGO ZAMORA TERAN<br>+1 305-878-9305<br>rodrigoz@lafise.com | Unsecured Debt | | | | $5,000,000 |
| 14 | TERPEL<br><br>CARRERA 7 #75-51,<br>BOGOTA, COLOMBIA | LUIS FELIPE ROMERO<br>+57 31-0269-3390<br>luis.romero@terpel.com | Fuel | | | | $4,907,654 |
| 15 | WORLD FUEL SERVICES<br><br>9800 NW 41ST<br>MIAMI, FL 33178<br>USA | ARMANDO VIDALON<br>+1 305-428-8141<br>avidalon@wfscorp.com | Fuel | | | | $4,891,949 |
| 16 | GETCOM<br><br>DG 55-37 41 OF 601<br>BELLO, ANTIOQUIA COLOMBIA | EDUARDO SALAZAR<br>+574-444-3820 ext: 4152<br>david.perez@onelinkbpo.net | Outsourced Services | | | | $4,882,420 |
| 17 | KGAL<br><br>TOELZER STRABE 15<br>GARCHING, BAVARIA, GERMANY | KATHRIN DUEKER<br>+49-089-6414-3659<br>kathrin.dueker@kgal.de | Lessor | | | | $4,878,420 |

| 18 | LUFTHANSA GROUP (LUFTHANSA TECHNIK AG)<br><br>CARRERA 7 No 7152 TORRE A, PISO 10<br>BOGOTA, COLOMBIA | LORENA BONILLA<br>+1 786-547-4279<br>lorena.bonilla@lht.dlh.de | Maintenance Provider | | | | $4,442,344 |
| 19 | ORIX AVIATION<br><br>THE OVAL, BLOCK 1<br>SHELBOURNE RD, DUBLIN 4, D04 E7K5, IRELAND | PAUL O'DWYER<br>+35 38-6382-2960<br>paul.o'dwyer@orix.ie | Lessor | | | | $3,931,656 |
| 20 | BOEING GROUP<br><br>100 N RIVERSIDE PLAZA<br>CHICAGO, IL 60606<br>USA | JESSICA WADDELL<br>+1 425-237-1109<br>bcapaymentdetail@boeing.com | Maintenance Provider | | | | $3,661,913 |
| 21 | GATE GOURMET GROUP<br><br>TV 93-5 A 96<br>BOGOTA, COLOMBIA | RODRIGO DECEREGA<br>+1 305-924-2275<br>rdecerega@gategroup.com | Catering | | | | $3,619,080 |
| 22 | ICBC LEASING CO.<br><br>2 GRAND CANAL SQUARE, GRAND CANAL HARBOUR, DUBLIN 2, IRELAND | DAVID WANG<br>+1 801-246-6508<br>wangzhidong@icbcleasing.com | Lessor | | | | $3,481,925 |
| 23 | BANCO CUSCATLAN<br><br>PIRAMIDE CUSCATLAN,<br>SAN SALVADOR,<br>EL SALVADOR | EDUARDO AMAYA<br>+503-7946-6416<br>eduardo.amaya@bancocuscatlan.com | Unsecured Debt | | | | $3,181,659 |
| 24 | PUMA<br><br>CALLE 81 #11-08,<br>BOGOTA, COLOMBIA | VICTOR DE DIOS<br>+502-4151-4064<br>victordedios@pumaenergy.com | Fuel | | | | $3,156,029 |
| 25 | INMARSAT<br><br>99 CITY ROAD, OLD STREET, EC1Y 1AX,<br>LONDON, UK | RAY VILLAR<br>+1 404-403-0414<br>ray.villar@inmarsat.com | Unsecured Debt | | | | $3,000,000 |
| 26 | AIRBUS GROUP<br><br>1 ROUND POINT MAUICE BELLONIE,<br>PARIS, FRANCE | JESSICA MANZO<br>+33 056-193-3333<br>jessica.manzo@airbus.com | Maintenance Provider | | | | $2,832,045 |
| 27 | CAE COLOMBIA FLIGHT TRAINING SAS<br><br>DG 25G No 95A 85,<br>CEO BOG 3 PISO<br>BOGOTA, COLOMBIA | JOAO DIMAS<br>+55 11-99275-4298<br>joao.dimas@cae.com | Professional Services | | | | $2,828,457 |
| 28 | UTAS - GOODRICH AND HAMILTON (COLLINS)<br><br>7100 INTERMODAL DR<br>LOUISVILLE, KY 40258<br>USA | MARCIA EVERS<br>+1 937-216-5125<br>marcia.evers@collins.com | Maintenance Provider | | | | $2,378,882 |
| 29 | ACCENTURE LTDA<br><br>TV 93 #5-96<br>BOGOTA, COLOMBIA | MARIA SALAZAR<br>+57 1326-6400<br>maria.salazar@accenture.com | IT Systems and Services | | | | $2,361,617 |

| 30 | MICROSOFT CORPORATION<br><br>CALLE 92 #11-51<br>PISO 10,<br>BOGOTA, COLOMBIA | DANIELA BOTERO<br>+1 425-706-4400<br>v-danibo@microsoft.com | IT Systems and Services | | | | $2,262,732 |
|---|---|---|---|---|---|---|---|
| 31 | NAVBLUE SAS<br><br>295 HAGEY BOULEVARD<br>SUITE 200,<br>WATERLOO, ON N2L 6R5,<br>CANADA | SUSAN MARTINI<br>+1 519-747-1170<br>susan.martini@airbus.com | Professional Services | | | | $2,061,563 |
| 32 | CHEVRON<br><br>6001 BOLLINGER CANYON<br>ROAD,<br>SAN RAMON, CA 94583<br>USA | ZAMIRA DE YCAZA<br>+507-6617-3514<br>zdycaza@chevron.com | Fuel | | | | $2,039,139 |
| 33 | DVB BANK<br><br>PARK HOUSE,<br>16-18 FINSBURGH CIRCUS,<br>6th FLOOR,<br>LONDON, EC2N7EV, UK | MANDEEP CHANA<br>+817 247-2287<br>mandeep.chana@dvbbank.com | Lessor | | | | $1,729,522 |
| 34 | PRATT & WHITNEY CANADA CORP.<br><br>1000 MARIE-VICTORIN<br>BLVD. LONG UEUIL,<br>UC GC 1A1 CANADA | KRISTIAN KNUTH-WINTERFELDT<br>+1 336-225-8239<br>Kristian.Knuth-Winterfeldt@pwc.ca | Maintenance Provider | | | | $1,717,715 |
| 35 | WINGS CAPITAL PARTNERS MNGMT<br><br>4695 MACARTHUR<br>NEWPORT BEACH, CA 92660<br>USA | CESAR ROMERO<br>+1 949-698-3669<br>cesar.romero@wingscap.com | Lessor | | | | $1,699,315 |
| 36 | SAFRAN GROUP<br><br>1 RUE DES FRERES<br>PARIS, FRANCE | ANDRES CHAVES<br>+57 31-7759-8720<br>andres.chaves@safrangroup.com | Maintenance Provider | | | | $1,692,780 |
| 37 | IBM CAPITAL<br><br>4905 STARIHA DRIVE<br>MUSKEGON, MI 49441<br>USA | MONICA PAREDES<br>mparedes@co.ibm.com | Unsecured Debt | | | | $1,604,316 |
| 38 | BANCOLOMBIA<br><br>CARRERA 48 # 26-85<br>MEDELLIN,<br>ANTIOQUIA, COLOMBIA | DIANA CAROLINA MEDINA MUNOZ<br>+57 4448-9048<br>dicmedin@bancolombia.com.co | Unsecured Debt | | | | $1,496,251 |
| 39 | AIRCASTLE<br><br>201 TRESSER BOULEVARD,<br>STAMFORD, CT 06901<br>USA | SERGIO GONZALES<br>+1 203 504 1068<br>sgonzalez@aircastle.com | Lessor | | | | $1,487,389 |
| 40 | SECURITAS GROUP<br><br>CR 63 #17A – 03<br>BOGOTA,<br>COLOMBIA | JOSE BELTRAN<br>abeltran@securitas.com.co | Airport Services | | | | $1,448,222 |

# UNANIMOUS WRITTEN CONSENT

## OF

## THE BOARD OF DIRECTORS

## OF

## AVIANCA, INC.

### MAY 10 of 2020

The undersigned, being all of directors of the board of directors (the "**Board**") of AVIANCA, INC., a corporation organized under the laws of New York (the "**Company**"), acting by written consent without a meeting, do hereby consent to, adopt, and approve, by unanimous written consent, the following resolutions as of the date hereof with the same force and effect as if such resolutions were approved and adopted at a duly constituted meeting of the Board:

**WHEREAS**, the Board has reviewed and had the opportunity to ask questions about the materials presented by the management and the legal and financial advisors of the Company regarding the liabilities and liquidity of the Company, the strategic alternatives available to it, and the impact of the foregoing on the Company's business; and

**WHEREAS**, the Board has had the opportunity to consult with the management and the legal and financial advisors of the Company to fully consider each of the strategic alternatives available to the Company; and

**WHEREAS**, the Board has determined that it is desirable and in the best interests of the Company and its creditors, employees, and other interested parties that a petition be filed by the Company, seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"); and

**WHEREAS**, the Board believes that taking the actions set forth below is in the best interests of the Company and, therefore, desires to approve the following resolutions.

**Commencement of Chapter 11 Cases**

**NOW, THEREFORE, BE IT RESOLVED**, that the Company be, and hereby is, authorized and empowered to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (such voluntary petition, and the voluntary petitions to be filed by the Company's affiliates, collectively, the "**Chapter 11 Cases**") in a court of proper jurisdiction (the "**Bankruptcy Court**"); and

**RESOLVED FURTHER**, that any officer of the Company and any person authorized by any officer of the Company (including, without limitation, Anko van der Werff, Renato Covelo, José Gurdián, Roberto Kriete, Adrian Neuhauser, and Richard Galindo) (each, an "**Authorized Person**" and collectively, the "**Authorized Persons**") be, and each of them individually hereby is, authorized, in the name and on behalf of the Company, appointed as the Company's authorized representatives, and in such capacity, acting alone or together, with power of

delegation, be, and they hereby are, authorized and empowered to execute and file on behalf of the Company, including in the Company's capacity as shareholder or member of its subsidiaries, all petitions, schedules, lists, applications, pleadings and other motions, papers, agreements, consents or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's businesses.

### Retention of Professionals

**RESOLVED FURTHER**, that each Authorized Person be, and they hereby are, authorized and directed to employ the law firm of Milbank LLP as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Persons, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Milbank LLP

**RESOLVED FURTHER**, that each Authorized Person be, and they hereby are, authorized and directed to employ the law firm of Urdaneta, Velez, Pearl & Abdallah Abogados as Colombian restructuring counsel; and in connection therewith, each of the Authorized Persons, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Urdaneta, Velez, Pearl & Abdallah Abogados.

**RESOLVED FURTHER**, that each Authorized Person be, and they hereby are, authorized and directed to employ the law firm of Gómez-Pinzón Abogados S.A.S. as Colombian corporate counsel; and in connection therewith, each of the Authorized Persons, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Gómez-Pinzón Abogados S.A.S.

**RESOLVED FURTHER**, that each Authorized Person be, and they hereby are, authorized and directed to employ the law firm of Smith Gambrell and Russell, LLP as aviation counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Persons, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Smith Gambrell and Russell, LLP.

**RESOLVED FURTHER** that each Authorized Person be, and they hereby are, authorized and directed to employ the firm of Seabury Securities LLC, as financial restructuring advisor and investment banker to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Persons, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of Seabury Securities LLC.

**RESOLVED FURTHER**, that each Authorized Person be, and they hereby are, authorized and directed to employ firm of FTI Consulting, Inc., as financial advisor; and in connection therewith, each of the Authorized Persons, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of FTI Consulting, Inc.

**RESOLVED FURTHER** that each Authorized Person be, and they hereby are, authorized and directed to employ the firm of Kurtzman Carson Consultants LLC as notice and claims agent to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Persons, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of Kurtzman Carson Consultants LLC.

**RESOLVED FURTHER** that each Authorized Person be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Persons, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of any other professionals as necessary.

**RESOLVED FURTHER** that each Authorized Person be, and they hereby are, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers (and to use electronic signatures on any of the foregoing as needed) and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Persons deem necessary, proper or desirable in connection with the Chapter 11 Cases, with a view to the successful prosecution of such case.

**General**

**RESOLVED FURTHER**, that in addition to the specific authorizations heretofore conferred upon the Authorized Persons, each of the Authorized Persons (and their designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such officer's or officers' judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

**RESOLVED FURTHER**, that all members of the Board have received sufficient notice of the actions and transactions relating to the matters by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice.

**RESOLVED FURTHER**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution by the Board.

**RESOLVED FURTHER**, that these resolutions may be executed and delivered in multiple counterparts and via facsimile or other electronic means, all of which taken together shall constitute one and the same instrument.

*[Signature Page Follows]*

IN WITNESS WHEREOF, the undersigned directors have duly executed this Unanimous Written Consent as of the date first written above.

By:  .................................................

Name:  Renato Covelo

Title:   Director

By:  .................................................

Name:  Eduardo Mendoza

Title:   Director

By:  .................................................

Name:  Rolando Damas

Title:   Director

IN WITNESS WHEREOF, the undersigned directors have duly executed this Unanimous Written Consent as of the date first written above.

By: ..................................................

Name: Renato Covelo

Title: Director

By: *Eduardo Mendoza*

Name: Eduardo Mendoza

Title: Director

By: ..................................................

Name: Rolando Damas

Title: Director

*[Signature Page to Written Consent of the Board of Directors of Avianca, Inc.]*

IN WITNESS WHEREOF, the undersigned directors have duly executed this Unanimous Written Consent as of the date first written above.

By:  ..................................................

Name:  Renato Covelo

Title:  Director


By:  ..................................................

Name:  Eduardo Mendoza

Title:  Director


By:  ..................................................

Name:  Rolando Damas

Title:  Director

*[Signature Page to Written Consent of the Board of Directors of Avianca, Inc.]*