LAW OFFICES
## LEVIDOW, LEVIDOW AND OBERMAN, P.C.
299 Broadway, Suite 1800
New York, N.Y. 10007

(212) 964-3290
Fax (212) 571-1053

David J. Levidow (1927-2013)
Richard D. Levidow (1931-2005)
Richard S. Oberman (1946-2015)
Thomas R. Corvino
Steven A. Schwartz
Peter LoDuca
Robert L. Ellenberg

OF COUNSEL
Jane B. Rosenfeld

January 18, 2022

VIA ECF

Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED
SO ORDERED
[signature]
USDJ
1-19-23

Re: Roberto Mata v. Avianca, Inc
    Civil Action No.: 22-cv-1461 (PKC)

Dear Hon. J. Castel:

This office represents the plaintiff in the above action and is submitting this letter respectfully requesting an extension of time to file and serve our response/opposition to defendant's motion to dismiss.

Our response is currently due by February 3, 2023 and we are requesting an extension until March 3, 2023. This extension is being requested as the undersigned will be out of the office for a previously planned vacation at the end of January, 2023 and requires the extra time to properly respond to the extensive motion papers filed by the defendant.

Thank you in advance for your kind consideration.

Faithfully Submitted,
LEVIDOW, LEVIDOW & OBERMAN, P.C.

STEVEN A. SCHWARTZ, ESQ.