# EXHIBIT "B"

FILED: NEW YORK COUNTY CLERK 02/02/2022 09:20 AM                                                         INDEX NO. 155766/2020
NYSCEF DOC. NO. 4                                                                                        RECEIVED NYSCEF: 02/02/2022

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---------------------------------------------------------------X

ROBERTO MATA,

                Plaintiff,

    -against-

AVIANCA, INC.,

                Defendant(s).

---------------------------------------------------------------X

Index No.: 155766/2020

STIPULATION OF
DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, **LEVIDOW, LEVIDOW & OBERMAN, P.C.** as Attorneys for Plaintiff, **ROBERTO MATA**, and **CONDON & FORSYTH, LLP.**, as attorneys for Defendant(s) **AVIANCA, INC.**, in the above entitled action, that whereas no party hereto is an infant, nor incompetent person for whom a committee has been appointed nor conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action, asserted by and against said defendants is deemed dismissed **without prejudice** and the same hereby is discontinued against said defendants **without prejudice** and without costs to either party as against the other; and an Order to that effect may be entered without further notice.

Dated:     New York, New York
             January 31, 2022

LEVIDOW, LEVIDOW & OBERMAN, P.C.
Attorneys for Plaintiff
299 Broadway, Suite 1800
New York, New York 10007
(212) 964-3290

CONDON & FORSYTH, LLP
Attorneys for Defendants
7 Times Square
New York, NY 10036