

March 2, 2023

VIA ECF

Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District Of New York
500 Pearl Street
New York, New York 10007

Direct Dial: (212) 894-6818
Direct Fax:  (212) 370-4453
bbanino@condonlaw.com

Reply due March 15, 2023.
SO ORDERED.
Dated:  3/3/2023

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Re:   Roberto Mata v. Avianca, Inc.
      Civil Action No.: 22-cv-1461 (PKC)

Dear Judge Castel:

The undersigned represent Defendant Avianca, Inc. ("Avianca").

When setting a briefing schedule on Avianca's motion to dismiss, the Court directed Plaintiff to file an opposition by February 3, 2023, and directed Avianca to file a reply by February 17, 2023.  [Dkt. 15]  However, when granting Plaintiff's application for an extension of time to file an opposition, the Court did not include in its order a deadline by which Avianca must file its reply.  [Dkt. 20]

Plaintiff's Opposition was filed on March 1, 2023. [For sake of good order, Avianca respectfully requests that the Court confirm that Avianca's reply brief is due on March 15, 2023. ]

Plaintiff's counsel consents to this application.

Respectfully submitted,

CONDON & FORSYTH LLP


By:  /s/Bartholomew J. Banino
        Bartholomew J. Banino
        Marissa N. Lefland

CONDON // FORSYTH

Honorable P. Kevin Castel
March 2, 2023
Page 2

Cc:   Peter LoDuca
      Steven Schwartz
      Levidow Levidow & Oberman PC
      *Attorneys for Plaintiff Roberto Mata*