UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ROBERTO MATA.,

                      Plaintiff,                                22-cv-1461 (PKC)

      -against-                                            ORDER

AVIANCA, INC,

                      Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        By April 18, 2022, Peter LoDuca, counsel of record for plaintiff, shall file an affidavit annexing copies of the following cases cited in his submission to this Court:

1. Varghese v. China Southern Airlines Co., Ltd., 925 F.3d 1339 (11th Cir. 2019).

2. Shaboon v. Egyptair, 2013 IL App (1st) 111279-U (Ill. App. Ct. 2013).

3. Peterson v. Iran Air, 905 F. Supp. 2d 121 (D.D.C. 2012).

4. Martinez v. Delta Airlines, Inc., 2019 WL 4639462 (Tex. App. Sept. 25, 2019).

5. Estate of Durden v. KLM Royal Dutch Airlines, 2017 WL 2418825 (Ga. Ct. App. June 5, 2017).

6. Ehrlich v. American Airlines, Inc., 360 N.J. Super. 360 (App. Div. 2003).

7. Miller v. United Airlines, Inc., 174 F.3d 366, 371-72 (2d Cir. 1999)

- 2 -

    9.    <u>In re Air Crash Disaster Near New Orleans, LA.</u>, 821 F.2d 1147, 1165 (5th Cir. 1987).

Failure to comply will result in dismissal of the action pursuant to Rule 41(b), Fed. R. Civ. P.

    SO ORDERED.

Dated: New York, New York
       April 11, 2023

                                           P. Kevin Castel
                                     United States District Judge