UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ROBERTO MATA.,

                Plaintiff,                      22-cv-1461 (PKC)

    -against-                             ORDER

AVIANCA, INC,

                Defendants.
-----------------------------------------------------------------x

CASTEL, U.S.D.J.

       Mr. LoDuca's affidavit which he is required to file by April 18, 2022 (See Order of April 11, 2023) shall also annex a copy of <u>Zicherman v. Korean Air Lines Co., Ltd.</u>, 516 F.3d 1237, 1254 (11th Cir. 2008).

       SO ORDERED.

Dated: New York, New York
       April 12, 2023

                                                          P. Kevin Castel
                                          United States District Judge