Case 1:22-cv-01461-PKC   Document 28   Filed 04/12/23   Page 1 of 1

LAW OFFICES
## LEVIDOW, LEVIDOW AND OBERMAN, P.C.
299 BROADWAY, SUITE 1800
NEW YORK, N.Y. 10007

(212) 964-3290
FAX (212) 571-1053

DAVID J. LEVIDOW (1927-2013)
RICHARD D. LEVIDOW (1931-2005)
RICHARD S. OBERMAN (1946-2015)
THOMAS R. CORVINO
STEVEN A. SCHWARTZ
PETER LoDUCA
ROBERT L. ELLENBERG

OF COUNSEL
JANE B. ROSENFELD

April 12, 2023

**VIA ECF**

Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Roberto Mata v. Avianca, Inc
Civil Action No.: 22-cv-1461 (PKC)

Dear Hon. J. Castel:

This office represents the plaintiff in the above action and is submitting this letter respectfully requesting an extension of time to file our response to the Court's Order dated April 11, 2023.

Our response is currently due by April 18, 2023 and we are requesting an extension to April 25, 2023. This extension is being requested as the undersigned is currently out of the office on vacation and will be returning April 18, 2023.

Thank you in advance for your kind consideration.

Faithfully Submitted
LEVIDOW, LEVIDOW & OBERMAN, P.C.,

PETER LoDUCA, ESQ.

[Handwritten notation: Mr. LoDuca's time to comply with the Orders of April 11 and 12 is extended to April 25, 2023. SO ORDERED. /s/ USDJ 4-12-23]