UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| ROBERTO MATA, | |
|               Plaintiff, | Case No. 22-cv-1461 (PKC) |
|    -against- | |
| AVIANCA, INC., | **NOTICE OF APPEARANCE** |
|              Defendant. | |

------------------------------------------------------------------X

     PLEASE TAKE NOTICE that Ronald C. Minkoff, of Frankfurt Kurnit Klein & Selz, P.C., hereby appears as counsel for non-parties Levidow, Levidow & Oberman, P.C. and Steven Schwartz for the sole purpose of responding to the Order to Show Cause issued by the Court on May 26, 2023.

Dated: New York, New York
         May 30, 2023

                              FRANKFURT KURNIT KLEIN & SELZ, P.C.

                              By:  /s/ Ronald C. Minkoff
                                   Ronald C. Minkoff
                               28 Liberty Street, 35th Fl.
                               New York, New York 10005
                               (212) 705-4837
                               rminkoff@fkks.com

                               *Attorneys for Levidow, Levidow &.*
                                *Oberman, P.C. and Steven Schwartz Solely in*
                                *Limited Capacity of Responding to Order to*
                                *Show Cause*