UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROBERTO MATA,

                Plaintiff,

    -against-

AVIANCA, INC.,

                Defendant.
------------------------------------------------------------------X

Case No. 22-cv-1461 (PKC)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Ashley K. Alger, of Frankfurt Kurnit Klein & Selz, P.C., hereby appears as counsel for non-parties Levidow, Levidow & Oberman, P.C. and Steven Schwartz for the sole purpose of responding to the Order to Show Cause issued by the Court on May 26, 2023.

Dated: New York, New York
        May 30, 2023

                                FRANKFURT KURNIT KLEIN & SELZ, P.C.

                                By: /s/ Ashley K. Alger
                                     Ashley K. Alger
                                  28 Liberty Street, 35th Fl.
                                  New York, New York 10005
                                  (212) 991-2034
                                  aalger@fkks.com

                                  *Attorneys for Levidow, Levidow &.*
                                    *Oberman, P.C. and Steven Schwartz Solely in*
                                    *Limited Capacity of Responding to Order to*
                                    *Show Cause*