UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERTO MATA,<br><br>    Plaintiff,<br><br>v.<br><br>AVIANCA, INC.,<br><br>    Defendant. | No. 22-cv-1461 (PKC) |

**Notice of Limited Appearance**

PLEASE TAKE NOTICE that Catherine M. Foti hereby appears as counsel for non-party Peter LoDuca in the above-captioned action, for the purpose of responding to the Order to Show Cause issued by the Court on May 26, 2023.

I certify that I am admitted to practice before this Court.

Dated:   New York, NY
         June 1, 2023

                                        MORVILLO ABRAMOWITZ GRAND
                                            IASON & ANELLO P.C.

                                        By:  /s/ *Catherine M. Foti*
                                             Catherine M. Foti

                                        565 Fifth Avenue
                                        New York, New York 10017
                                        (212) 880-9530 (phone)
                                        (212) 856-9494 (fax)
                                        cfoti@maglaw.com

                                        *Attorney for non-party Peter LoDuca*