UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERTO MATA,<br><br>      Plaintiff,<br><br>v.<br><br>AVIANCA, INC.,<br><br>      Defendant. | No. 22-cv-1461 (PKC) |

## Notice of Limited Appearance

    PLEASE TAKE NOTICE that Penina C. Moisa hereby appears as counsel for non-party Peter LoDuca in the above-captioned action, for the purpose of responding to the Order to Show Cause issued by the Court on May 26, 2023.

    I certify that I am admitted to practice before this Court.

Dated:  New York, NY
          June 1, 2023

                                          MORVILLO ABRAMOWITZ GRAND
                                             IASON & ANELLO P.C.

                                        By:  /s/ *Penina C. Moisa*
                                                 Penina C. Moisa

                                        565 Fifth Avenue
                                        New York, New York 10017
                                        (212) 880-9479 (phone)
                                        (212) 856-9494 (fax)
                                        pmoisa@maglaw.com

                                        *Attorney for non-party Peter LoDuca*