# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. MCKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

cfoti@maglaw.com
212-880-9530

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

June 1, 2023

**VIA ECF**
Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: *Roberto Mata v. Avianca, Inc*, No.: 22-cv-1461 (PKC)

Dear Judge Castel,

We represent Peter LoDuca in the above referenced matter in connection with the Order to Show Cause dated May 26, 2023. (Docket Entry No. 33, the "OSC"). The OSC instructs Mr. LoDuca as well as Steven A. Schwartz and Levidow, Levidow & Oberman, P.C. (the "Firm") to submit a written response to the OSC by June 2, 2023. On May 31, 2023, Tyler Maulsby, counsel for Mr. Schwartz and the Firm, submitted a joint request on behalf of his clients and Mr. LoDuca seeking permission to file written responses to the OSC by June 6, 2023. (Docket Entry No. 37). As this firm had only been retained by Mr. LoDuca that day, we joined in Mr. Maulsby's letter instead of submitting a separate letter on behalf of Mr. LoDuca.

On May 31, 2023, the Court granted Mr. Maulsby's request for an extension of the time to file written submissions. (Docket Entry No. 38, the "Order"). The Order stated that "the time for the written response of Mr. Schwartz and the Firm to the OSC is extended to June 6, 2023." While we believe that extension applies to Mr. LoDuca as well, we write in an abundance of caution to confirm that the time for Mr. LoDuca to file a written response to the OSC is currently June 6, 2023.

Thank you in advance for your consideration.

Respectfully submitted,

*/s/ Catherine M. Foti*
Catherine M. Foti

cc: All Counsel (via ECF)

---

Handwritten annotation by the Court:

Mr. LoDuca is differently situated from Mr. Schwartz and the Firm. He has availed himself of a full and fair opportunity to respond to the Court's OSC regarding non-existent case law and three (3) possible grounds for sanctions. He is not entitled to a do-over. The only point of response to the supplemental OSC of May 26 is whether he, in fact, physically appeared before Ms. Schwartz, a Notary Public, on April 25, 2023 and took an oath to tell the truth. That should be a simple and straightforward matter. But if he needs until June 6, 2023 to respond on this point he may have the time. Application GRANTED. SO ORDERED.

[signature]
USDJ
6-1-23