# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X   Civil Action No.: 22-cv-1461
ROBERTO MATA                                                                (PKC)

                                    Plaintiff,

        -against-

AVIANCA, INC.                                                               AFFIDAVIT

                                    Defendant(s)
-------------------------------------------------------------------------X
STATE OF NEW YORK
                            ss.:
COUNTY OF KINGS

        PETER LoDUCA, being duly sworn states as follows:

1. That I am an attorney associated with the law firm of Levidow, Levidow & Oberman, P.C. attorneys for the plaintiff herein, and do hereby declare that the foregoing is true and correct.

2. That pursuant to Court Order I have annexed copies of the following cases previously cited:

Varghese v. China Southern Airlines Co Ltd, 925 F.3d 1339 (11th Cir. 2019)
Shaboon v. Egyptair 2013 IL App (1st) 111279-U (Ill. App. Ct. 2013)
Petersen v. Iran Air 905 F. Supp 2d 121 (D.D.C. 2012)
Martinez v. Delta Airlines, Inc., 2019 WL 4639462 (Tex. App. Sept. 25, 2019)
Estate of Durden v. KLM Royal Dutch Airlines, 2017 WL 2418825 (Ga. Ct. App. June 5, 2017)
Ehrlich v. American Airlines Inc., 360 N.J. Super 360 (App. Div. 2003)
Miller v. United Airlines, Inc., 174 F.3d 366 (2d Cir. 1999)
In re Air Crash Disaster Near New Orleans, LA 821 F. 2d 1147, 1165 (5th Cir. 1987)


3.That I was unable to locate the case of Zicherman v. Korean Air Lines Co., Ltd., 516 F.3d 1237 (11th Cir. 2008) which was cited by the Court in Varghese.

4. That the opinions on the cases of  Varghese v. China Southern Airlines Co Ltd, 925 F.3d 1339 (11th Cir. 2019), Shaboon v. Egyptair 2013 IL App (1st) 111279-U (Ill. App. Ct. 2013), Petersen v. Iran Air 905 F. Supp 2d 121 (D.D.C. 2012), Martinez v. Delta Airlines, Inc., 2019 WL 4639462 (Tex. App. Sept. 25, 2019), Estate of Durden v. KLM Royal Dutch Airlines, 2017 WL 2418825 (Ga. Ct. App. June 5, 2017) and Miller v. United Airlines, Inc.,

174 F.3d 366 (2d Cir. 1999) may not be inclusive of the entire opinions but only what is made available by online database.

5. That the opinion in <u>Shaboon v. Egyptair</u> 2013 IL App (1st) 111279-U (Ill. App. Ct. 2013) is an unpublished opinion.

Dated: New York, New York
      April 25, 2023

 

                                        _____
                                        PETER LoDUCA, ESQ.

Sworn to before me this
25+$^h$ day of January 2023

_____



# Info

## AutoRecovery save of AFFIDAVIT FOR PETE(3661492.1)

C: » Users » aalger » AppData » Roaming » iManage » Work » Recent » LEVIDOW_ LEVIDOW _ OBERMAN_ P.C. - ROBERTO MATA V. AVIANCA_ INC.  (32377-300)



### Compatibility Mode
Converting this file will enable currently disabled features, which may result in layout changes.

 Convert

### Protect Document
Control what types of changes people can make to this document.

 Protect Document ˅

### Inspect Document
Before publishing this file, be aware that it contains:
- Document properties, author's name and related dates
- Content that cannot be checked for accessibility issues because of the current file type

 Check for Issues ˅

### Version History
View and restore previous versions.

 Version History

### Manage Document
  There are no unsaved changes.

 Manage Document ˅

### Manage iManage Document
iManage Document

 iManage Document ˅

## Properties ˅

| | |
|---|---|
| Size | 14.8KB |
| Pages | |
| Words | 378 |
| Total Editing Time | 1 Minute |
| Title | Add a title |
| Tags | Add a tag |
| Comments | Add comments |

## Related Dates

| | |
|---|---|
| Last Modified | 6/1/2023 10:16 AM |
| Created | 6/1/2023 10:16 AM |
| Last Printed | 4/25/2023 11:10 AM |

## Related People

Author

 tempuser1

Add an author

Last Modified By

 Steven A. Schwartz

## Related Documents

  Open File Location

Show All Properties