UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERTO MATA,

Plaintiff,

-against-

AVIANCA, INC..

Defendant.

Case No. 22-cv-1461 (PKC)

---

**DECLARATION OF ASHLEY K. ALGER, ESQ.**

I, Ashley K. Alger, declare, pursuant to 28 U.S.C. § 1746 and Local Civil Rule 1.9, under penalty of perjury, the following to be true and correct:

1. I am an attorney with Frankfurt Kurnit Klein & Selz, P.C., attorneys of record for non-party Steven A. Schwartz ("Mr. Schwartz") and Levidow, Levidow & Oberman, P.C. (the "Firm").

2. Attached hereto as Exhibit A are true and correct copies of articles from January and February of 2023 concerning ChatGPT's potential impact on the legal industry.

3. Attached hereto as Exhibit B is a June 6, 2023 screen capture of ChatGPT's chat landing page.

4. Attached hereto as Exhibit C are true and correct copies of articles discussing the manner in which ChatGPT is described in the media and confusion surrounding its interface.

5. Attached hereto as Exhibit D is a copy of a June 5, 2023 chat history with ChatGPT that includes the same queries Mr. Schwartz provided to ChatGPT related to this matter. *See* Schwartz Decl., Ex. A.

6. Attached hereto as Exhibit E are true and correct copies of articles regarding this Court's May 26 Order and the potential for sanctions against Mr. Schwartz, Mr. LoDuca, and the Firm.

Dated: June 6, 2023

Ashley K. Alger