# EXHIBIT A





# ChatGPT and the Effect on Personal Injury Law Firms

by [Theresa Andrews (https://www.cjadvertising.com/blog/?_blog_authors=51#latest-posts)](https://www.cjadvertising.com/blog/?_blog_authors=51#latest-posts) | January 6, 2023

What is ChatGPT?

[ChatGPT (https://openai.com/blog/chatgpt/)](https://openai.com/blog/chatgpt/) is an AI-powered chatbot that was released in November 2022 by OpenAI. This is a fancy way of saying it's a machine trained to respond accurately and appropriately to conversational prompts. It is currently released as a testing preview, meaning users can try it out for free and provide feedback for future updates.

This is not the first of its kind; chatbots have been around for years providing initial customer service answers, locating information on a website, or directing users to places they want to go on a map. Think Alexa and Siri. The difference with ChatGPT is that it is not simply gathering information from the world wide web. It has been trained using Reinforcement Learning from Human Feedback (RLHF). Humans playing roles of the bot and the user with loads of data made ChatGPT the first bot with not only accurate information, but also behavior that simulates a conscience.

In a [recent article on Reuters (https://www.reuters.com/legal/transactional/will-chatgpt-make-lawyers-obsolete-hint-be-afraid-2022-12-09/)](https://www.reuters.com/legal/transactional/will-chatgpt-make-lawyers-obsolete-hint-be-afraid-2022-12-09/), ChatGPT was asked how to do something illegal. The response focused on why a person should not commit illegal acts. Ask it how to bully someone and get several paragraphs about why bullying is not okay and hurts others. Earlier versions provided the information it was asked for regardless of intent to harm.

How does this affect personal injury lawyers?

If ChatGPT is prompted with a legal question, it will respond, "It is not ethical for me to provide legal advice as I am not a qualified legal professional." But that doesn't mean it's not providing legal information (along with this statement) if asked for it. Some initial testing shows that the answers are accurate, informative, and well-written. You can continue conversations with follow-up questions for more details as needed. It is capable of writing sound legal arguments and summarizing gathered information.

Are your clients ready to have a conversation with ChatGPT rather than a person? Most likely, no. Potential clients of personal injury attorneys, as we know, are in a vulnerable place in their lives. The emotional and financial impact of getting hurt, losing a loved one by medical malpractice, or any other wrongful death scenario puts more value on personal trust and confidence.

1

Could ChatGPT help personal injury lawyers with their marketing?
(https://cjastage.wpengine.com/)

In some instances, it can provide a tool for gathering information. However, it does caution that some answers are not accurate – it is the first prompt when you sign in to use it. Given the guidelines on law firm marketing governed by the Bar Association in each state, it is critical that marketers have the most up-to-date and accurate information.

With the claims that ChatGPT can write proficient essays, cj Advertising had to see if it could write an accurate blog. So, we asked.

It's not bad. However, key elements needed for any blog are obviously missing – headers, keywords, calls to action, and (most importantly) your brand voice and tone. The words and sentence structure in this blog are also very familiar, so undoubtedly it would result in an SEO penalty for duplicate content. Search Engine Journal's latest article (https://www.searchenginejournal.com/chatgpt-for-content-and-seo/473823/#close) on this reminds us that Google has an algorithm to detect AI generated content, so it is still considered a violation of its guidelines to use it.

But if someone who just had a car accident asked the chatbot a similar question to this, it could lead to an organic search for "auto accident attorney near me."

### ChatGPT as a lead source

Regardless of your view on AI, it will have its place in law practice in the coming years. Internally, it has the potential to save thousands of hours of manpower researching, writing necessary documents, transcribing, or assisting depositions. It could also become the "WebMD" of the legal profession. Tell it what happened, ask for legal options, and take those to an attorney.

**2**

(https://cjastage.wpengine.com/)

Answers such as these could influence people to reach out to an attorney when they normally wouldn't have thought they had a chance. In the same perspective, it also shows the need for a real person answering the phone when they call. This AI-powered phenomenon doesn't know all the details, has no context as to real life happenings, and provides a simple answer to a very complex system when it comes to burden of proof.

The value of human connection

Expansive research has been done, especially as the world went through the Covid pandemic, that has proven how necessary human connection is in leading healthy lives (https://psychcentral.com/lib/the-importance-of-connection). Personal injury attorneys and marketing companies have many tools in their arsenal to get the job done daily. ChatGPT is simply one of those tools. It should not replace human connection and context. That is the value that your potential clients are looking for when choosing a firm to fight for them.

If you would like to know more about OpenAI and how ChatGPT works, check out their release video (https://www.youtube.com/watch?v=6NpstchPNuo). And, yes, it's narrated by a ChatGPT voice.

Back To Top

## Related Blog Posts

(https://www.cjadvertising.com/blog/uncategorized/2023-personal-injury-event-recap/)

May 31, 2023

**2023 Personal Injury Event Recap** (https://www.cjadvertising.com/blog/uncategorized/2023-personal-injury-event-recap/)

(https://www.cjadvertising.com/blog/uncategorized/what-happens-when-an-800-pound-gorilla-enters-your-market/)

May 10, 2023

**What Happens When an 800-Pound Gorilla Enters Your Market?** (https://www.cjadvertising.com/blog/uncategorized/what-happens-when-an-800-pound-gorilla-enters-your-market/)

(https://www.cjadvertising.com/blog/uncategorized/e-a-t-the-addition-of-experience-to-googles-e-a-t-algorithm/)

January 24, 2023

**E-E-A-T: The Addition of Experience to Google's E-A-T Algorithm** (https://www.cjadvertising.com/blog/uncategorized/e-a-t-the-addition-of-experience-to-googles-e-a-t-algorithm/)

3



Some law professors fear ChatGPT's rise as others see opportunity

By Karen Sloan

January 10, 2023 7:19 PM EST · Updated 5 months ago



REUTERS/Emily Elconin

Summary

The popular new chatbot has stoked cheating concerns among academics

But legal technology proponents say law schools should teach students how to use such tools

(Reuters) - The artificial intelligence program ChatGPT came up short last month on the multiple choice portion of the bar exam.

4

The free chatbot from OpenAI performed better than predicted, however, earning passing scores on evidence and torts. The academics behind the experiment expect it will pass the attorney licensing test someday.

Law professors are among those both alarmed and delighted by ChatGPT since its November release. The program generates sophisticated, human-like responses based on requests from users and mountains of data, including from legal texts.

Advertisement · Scroll to continue

Daniel Linna, director of law and technology initiatives at Northwestern University Pritzker School of Law, said most law professors thinking about language-based AI are concerned with students passing off work generated by the chatbot as their own. But others see AI as a tool for legal education, and warn that without it law students may be unprepared for legal careers in which technology will play ever larger roles.

Jake Heller, chief executive officer of legal tech company Casetext, said law schools should encourage students to use ChatGPT and similar tools as a starting point for documents and a way to generate ideas.

5

"It's no different than turning to a friend in the law library late and night and saying, 'Hey, I'm struggling with this idea,'" Heller said. "It's like using a calculator in math."

Advertisement · Scroll to continue

Andrew Perlman, dean of Suffolk University Law School, said he would like to see first-year legal research and writing classes cover the use of tools like ChatGPT, just as they teach students to conduct research on Westlaw and LexisNexis.

"We're at a very interesting inflection point," Perlman said. "It would not surprise me if professionals of the future will be expected to make queries to chatbots and other tools to at least get an initial draft of a document."

ChatGPT is not yet sophisticated enough to earn a law student an "A" without additional work, said Northwestern's Linna. There are also law-focused AI tools that do a better job on specific tasks, he added.

In their Dec. 31 paper on GPT 3.5's performance on the bar exam, Chicago-Kent College of Law professor Daniel Martin Katz and Michigan State University College of Law adjunct Michael Bommarito found that the program got answers on the Multistate Bar Exam correct half the time, compared to 68% for human test takers.

Those limitations are not enough to soothe many skeptics. Among them is South Texas College of Law Houston law professor Josh Blackman, who urged professors to rethink take-home exams in a recent post on the Volokh Conspiracy blog.

Advertisement · Scroll to continue

Feedback

"This technology should strike fear in all academics," he wrote, noting that ChatGPT produces original text that cannot be identified by existing plagiarism detection software.

**6**

Heller predicted that law schools will soon begin to amend their codes of conduct and professors will need to clarify that simply turning in a paper produced by a chatbot is akin to plagiarism.

Law professors may begin to ask students to disclose what specific technology tools they used, Perlman added.

"Given how rapidly the technology seems to be progressing, these are conversations that are going to have to happen sooner rather than later," he said.

Read more:

**Will ChatGPT make lawyers obsolete? (Hint: be afraid)**

**Explainer - ChatGPT - what is OpenAI's chatbot and what is it used for?**



Our Standards: **The Thomson Reuters Trust Principles.**



Karen Sloan

Thomson Reuters

Karen Sloan reports on law firms, law schools, and the business of law. Reach her at karen.sloan@thomsonreuters.com

### Read Next / Editor's Picks

World
**Lawyer for billionaire tied to US Justice Thomas offers Senate staff meeting**
4:12 PM EDT

World
**Biden admin. moves to nix US states' challenge to ESG investing rule**
June 5, 2023

Feedback



### New GPT-Based Chat App from LawDroid Is A Lawyer's 'Copilot' for Research, Drafting, Brainstorming and More

By **Bob Ambrogi** on January 25, 2023



A new tool soon to be released by the no-code bot development company **LawDroid** uses the artificial intelligence of GPT-3.5 to serve as a lawyer's virtual legal assistant, able to help with researching legal issues, drafting emails and letters, summarizing documents, brainstorming blog ideas, and even just conversational chatting.

Called **LawDroid Copilot**, it is currently available only by request on an early-access basis, but will be generally available later this year.

8



Unlike LawDroid's other product, **Builder**, a no-code development platform law firms can use to build chat bots, Copilot is an attorney-facing tool that can assist lawyers in performing a variety of tasks. Currently, it is able to perform eight types of functions:

- Research a legal issue.
- Provide simple summary.
- Correct my grammar.
- Draft an email.
- Brainstorm blog ideas.
- Chat about anything.
- Translate into another language.
- Something else.

**Learn more about LawDroid in the LawNext Legal Technology Directory**.

Recently, **Tom Martin**, LawDroid's founder and CEO, walked me through a demonstration of some of these features. For anyone who has tried ChatGPT, the interface will look familiar, except that it has been fine-tuned to perform the specific functions I described above.

9



**Legal research.** In the example you see above of using Copilot for legal research, the lawyer asks for the leading U.S. case on privacy. It provides a straightforward answer of what is perhaps the oldest case on privacy, *Griswold v. Connecticut*. Martin said the lawyer could then ask follow-up questions to get more information, such as, "What is the case about?", or, "Who were the justices in the majority?"

"It's kind of like talking to a well-read law clerk versus doing LexisNexis Boolean searches," Martin said.

As of yet, Copilot does not directly integrate with any legal research database. But Martin sees the possibility for that on the horizon.

10



**Simple summary.** A lawyer would use this to create a summary of legal language, such as in a contract, perhaps to send to a client. In the example above, Copilot is asked to provide a summary of language from a non-disclosure agreement. Simply copy the language and paste it into Copilot, and it creates a simple summary.



**Draft email.** In this example, the attorney is asking Copilot to draft an email to a client explaining the attorney-client privilege and including a citation to the California rules of professional conduct. In just a few seconds, it generates an email that gives the lawyer a template to use in writing to the client.

Martin emphasized that this is not a "set it and forget it" technology in that it is creating a finished product. "The mindset should be one of creative collaboration. If you have that mindset, you can make great use of this."

11

**LAWDROID COPILOT**

Tell me what subjects and I will brainstorm some content ideas.
5:18 PM

Generative AI and the implications for lawyers
5:18 PM

Title: The Impact of Generative AI on the Legal Profession

Summary: Generative AI is a rapidly developing technology that has the potential to revolutionize the legal profession. This article will explore the implications of this technology for lawyers, including how it can help them become more efficient and effective in their work. It will also discuss the potential ethical implications of using AI in the legal field and how lawyers can best prepare for the changes that are coming.

Ask your question...

**Brainstorm blog ideas.** Martin said this feature could be useful to a lawyer who is trying to come up with ideas for a blog post or podcast — particularly a solo who has no one to bounce ideas off of. The idea is not for Copilot to write the post, but to help the lawyer get past that initial writer's block.

So, as shown above, the lawyer might tell Copilot to come up with ideas for a post about the ethical implications for lawyers of using generative AI. Copilot comes back with a title and enough text to perhaps get the lawyer started on the post.

**Translate into another language.** Copilot has the ability to perform basic translation, which is so far limited to Italian and Spanish. Additional languages will be added, Martin said. Copy and past any test into Copilot, and it will translate into the requested language.

12



**Chat about anything.** This feature, Martin says, is for that lawyer who perhaps is having a tough day and needs a bit of emotional support. The lawyer can unload a bit onto Copilot, and it will respond. The lawyer can keep going in a casual back and forth, and Copilot will continue to engage.

While this early-access version comes with these eight specified functions, Martin said later versions will allow lawyers to build their own customized versions. It will also include the ability to generate documents.

Copilot is developed on top of the same no-code platform that powers LawDroid's Builder platform. That will enable lawyers to go into the back end and do their own customization.

Also on the roadmap is to allow law firms with a specific need, such as for discovery, to provide document sets that LawDroid can use to further train and fine tune Copilot.

So far, the only public-facing application that has already been built using the Copilot technology is the **digital assistant for criminal defendants** being used by **Judge Scott Schlegel**, the Louisiana judge who has been widely lauded for his use of technology in his court. (He also has one for civil cases.)

While this could have been built using Builder alone, it would have required developing the complex set of "intents" — or user goals — that would be required for criminal cases. Using Copilot and GPT, the judge was instead able to effectively "dump" a knowledge base of anything a criminal defendant might want to know, creating what is basically one intent that is able to answer most any question.

Martin said he has not decided on pricing for Copilot, but he said that he plans to keep it affordable. He thinks it will be particularly useful for lawyers practicing in areas such as personal injury or family law where lawyers need assistants but may not want to spend that extra money on hiring.

For now, anyone interested in trying Copilot can request access through Lawdroid's website.

**Bob Ambrogi**

**13**



Bob is a lawyer, veteran legal journalist, and award-winning blogger and podcaster. In 2011, he was named to the inaugural Fastcase 50, honoring "the law's smartest, most courageous innovators, techies, visionaries and leaders." Earlier in his career, he was editor-in-chief of several legal publications, including The National Law Journal, and editorial director of ALM's Litigation Services Division.

## ABOUT LAW SITES

LawSites is a blog covering legal technology and innovation. It is written by Robert Ambrogi, a lawyer and journalist who has been writing and speaking about legal technology, legal practice and legal ethics for more than two decades.

Copyright © 2021, Robert Ambrogi. All Rights Reserved.

JUSTIA Law Firm Blog Design

**14**



Back to the blog



Tara Naughter • Feb 8, 2023 7:27:00 AM

# GPT-3 in Legal — The Hottest Innovation to Hit Legal Ops

Technology News    Contract Management Software

Have any questions about contract management software at ContractWorks? I'm here to help!

Not even three months old and ChatGPT has disrupted multiple industries across the globe, including legal operations. The craziest part is that ChatGPT is still growing and maturing. In time, as it gets fed more data, more opportunities for leveraging this powerful tool should unlock themselves.

15




response to prompts. OpenAI used the GPT-3 language model as the foundation for ChatGPT.

Ever since it launched, the internet has been going crazy over the possibilities of ChatGPT and AI. ChatGPT is able to answer almost any question, and it can assist you with basic tasks like writing an email, essay, or piece of code. It's even able to conduct research and compile results in an easy-to-read manner.

## Popularity of ChatGPT

When it comes to use cases, there are a lot where ChatGPT can excel, especially when it comes to finding extremely specific information. This has made it highly attractive to businesses and individuals as a solution that helps them accelerate and scale their work (admittedly, it's also fun to see what results AI comes up with).

As an example, imagine you want to find the price per word for a YouTube scriptwriter. Compared to proofreading and editing, YouTube scriptwriting is a relatively new niche industry, which could make finding numbers a bit challenging.

You might be able to spot possible quotes after spending an hour or so digging through multiple articles and job sites. Or you can just query ChatGPT and it will provide ranges (and additional pricing considerations) in a few seconds, saving you the time and mental gymnastics of doing the research yourself.

ChatGPT also excels as a generative AI. When you need to brainstorm titles or topics for an article you're working on, it can provide several. It's even able to generate potential talking points about distinct topics, including itself and whether or not it can provide valid legal advice or legal services.

Some have actually experimented with using ChatGPT to code simple games and programs.

In any case, conversations (and uses) of ChatGPT are everywhere now. According to Swiss bank UBS, ChatGPT is the fastest-growing app of all time, taking just two months to reach 100 million

**16**




All of this wouldn't have been possible without the underlying tech — GPT-3. Compared to ChatGPT, GPT-3 is a much larger, more sophisticated language model. In addition to carrying out a wider variety of natural language tasks, it can perform zero-shot transfer learning (which is a setup where a model can learn knowledge and classify objects without having undergone specific training).

With this in mind, GPT-3 is the more powerful model of the two. But due to ChatGPT being more conversational, user-friendly, and intuitive, ChatGPT AI has become more ubiquitous. This can be partly attributed to the fact that additional data was used to train and adjust GPT-3 for use as a chat application (which would ultimately become ChatGPT).

## How is GPT-4 different from GPT-3?

OpenAI has already announced they're going to release GPT-4 in March. In addition to containing nearly 30 gigabytes more of training data, GPT-4 is multimodal, whereas GPT-3 is unimodal.

Multimodal means that GPT-4 is able to accept both text and images as inputs for generating an output. By comparison, unimodal models like GPT-3 and ChatGPT are limited strictly to text and they don't accept images as an input.

In addition to the larger amount of training data and multimodal nature, another key difference is the number of parameters that make up the model.

Some estimates indicate that GPT-4 may contain up to 1 trillion parameters. Although OpenAI hasn't released the exact numbers, the general consensus is that the number of parameters in GPT-4 is at least more than GPT-3's 175 billion.

The combination of more training data, more parameters, and the flexibility of being multimodal is expected to make GPT-4 produce significantly more accurate results than its predecessors.

17



## Training GPT-3 in Legal

ChatGPT is just one outcome of adjusting GPT-3.

GPT-3 was trained using a huge amount of text from various sources such as books, articles, websites, and social media posts. Consequently, it can generate text in a wide array of styles and genres.

However, it can easily be modified for a specific purpose, as OpenAI did with ChatGPT. All it takes is enough examples of a certain type of text to retarget GPT-3 for one's own purposes.

There are two primary approaches to retraining GPT-3: fine-tuning and feeding.

## Training GPT-3 in law: fine-tuning vs feeding

To fine-tune GPT-3, several hundred samples of possible prompts and expected outputs are needed. The more samples there are, the more reliable GPT-3 will be at providing the expected output.

In contrast, feeding is more of a quick-and-dirty method. It's possible to repurpose GPT-3 with just a few samples of work, but the reliability and predictability of results are significantly lower.

When feeding GPT-3, you first provide the model with a couple of samples. The model will process the samples, look for patterns, and then complete your request based on the information you provided.

It's faster and not as resource-intensive, but as can be expected, the smaller body of evidence will lead to mixed results. In real-world terms, the return of fine-tuning versus feeding is like a Michelin-star chef versus a home cook.

## ChatGPT in Legal Ops

18




Here are a few major use cases. This list, however, is just the tip of the iceberg:

# Clause creation

One drawback of ChatGPT and GPT-3 is that they are limited in terms of the amount of text they can generate. Also, the longer the prompt, the less reliable the result will be.

Consequently, these models aren't well-suited to drafting an entire contract. However, they are perfect for drafting individual clauses in accordance with specific instructions.

This allows legal teams to quickly create error-free clauses in moments. All lawyers will need to do is indicate the requirements and check the end result.

# Legalese simplification

For better or worse, legal jargon is dense and difficult to work through. This, in turn, causes bottlenecks and snags in workflows. It also results in a greater work burden for legal as non-legal teams constantly turn to lawyers for explanations.

ChatGPT can simplify legalese so that non-lawyers are able to understand the contents of any legal document. This both speeds up workflows while freeing legal ops from constant questions.

# Document search

Another minor limitation is that ChatGPT contains data only up to 2021. This means that as far as ChatGPT is concerned, everything that happened in 2022 "never happened".

This isn't a dealbreaker. ChatGPT can be successfully leveraged even if it doesn't contain all data. It just requires a bit of quality control to guarantee that facts and data are correct.

**19**