# EXHIBIT B

# ChatGPT

### Examples

"Explain quantum computing in simple terms" →

"Got any creative ideas for a 10 year old's birthday?" →

"How do I make an HTTP request in Javascript?" →

### Capabilities

Remembers what user said earlier in the conversation

Allows user to provide follow-up corrections

Trained to decline inappropriate requests

### Limitations

May occasionally generate incorrect information

May occasionally produce harmful instructions or biased content

Limited knowledge of world and events after 2021

Send a message. 

Free Research Preview. ChatGPT may produce inaccurate information about people, places, or facts. ChatGPT May 24 Version