UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
ROBERTO MATA,

               *Plaintiff*,                                  Civil Action No 2-cv-1461 (PKC)

   -against-                                   **AFFIDAVIT IN SUPPORT**
                                                            **OF MOTION TO LEAVE TO FILE**
AVIANCA, INC.*,*                                **PROPOSED AMICUS CURIAE**
                                                             **BRIEF**
               *Defendant*,

-------------------------------------------------------------------
STATE OF NEW YORK
                          ss.:
COUNTY OF NEW YORK

Pursuant to 28 U.S.C. Section 1746, Gregory C. Belmont hereby declares under penalty of perjury as follows:

1. I make this affidavit in support of my motion for leave to file the attached Proposed Amicus Curiae Brief (the "Brief") and my claims the Brief conveys useful and timely information that will be helpful to the Court and explains my interest in the Order to Show Cause.

2. I have no personal knowledge or relationship with the attorneys subject to this Order to Show Cause, the parties, or any of their counsel.

3. I currently reside and operate a legal AI software business in New York County, New York.

4. I studied Computational Neuroscience and the rudimentary technical antecedents to the large language models powering Chat GPT as a doctoral candidate at the Massachusetts Institute of Technology, have worked over a span of thirty years in broadly related technology and science fields, and have been an active private investor in technology companies.

5. I have spent approximately 1000 hours Since November 2022 using and engineering software incorporating the GPT Platform.

6. I founded and invested in one of the first businesses which employs OpenAI's Chat GPT and related software technologies ("GPT Platform") to provide litigation analysis services to attorneys and for which I have spent over 300 hours this calendar year applying the GPT Platform to litigation related processes and interacting with attorneys practicing in the Southern District of New York about the use of generative AI technologies in legal practice.

7. I wrote the Amicus Curiae Brief ("Brief"); relatively small portions of the prose were reviewed by various generative AI software applications including my own to improve expression and clarity– any and all mistakes and inaccuracies are mine.

8. I received no funding from any party in connection with the preparation, filing, or any other manner related to the Brief.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 7, 2023

*[signature: Gregory Belmont]*
Gregory C. Belmont
CereBel Legal Intelligence

Jesus Zapata
Notary Public, State of New York
No. 01ZA6208380
Qualified in Westchester County
Commission Expires June 29, 2025

*[notary signature]*