UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ROBERTO MATA,

                Plaintiff,                22-cv-1461 (PKC)

    -against-

                                   <u>ADMINISTRATIVE ORDER</u>

AVIANCA, INC.,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Clerk of Court is directed to transfer the penalty in the amount of $5,000 from the Registry of this Court to the Miscellaneous Fines, Penalties, and Forfeitures Fund.

        SO ORDERED.

                                                   P. Kevin Castel
                                         United States District Judge

Dated:  New York, New York
           June 30, 2023