# Frankfurt Kurnit Klein + Selz pc

**Tyler Maulsby**
28 Liberty Street, New York, New York 10005
T (212) 705-4893     F (347) 438-2152
tmaulsby@fkks.com

July 5, 2023

**VIA ECF**
Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      RE:    *Roberto Mata v. Avianca, Inc* No.: 22-cv-1461 (PKC)

Dear Judge Castel:

    We write on behalf of Respondents Steven A Schwartz, Peter LoDuca and Levidow Levidow & Oberman, P.C. (together, "Respondents"). Enclosed please find copies of the letters sent in compliance with sections (a) and (b) of the Court's June 22, 2023 Opinion and Order (Dkt. No. 54).[1] Respondents have also made the required payment to the Registry of the Court.

    Respondents again sincerely apologize for their actions and for the expenditure of time and effort by the Court and Avianca's counsel that occurred as a result.

                                          Respectfully submitted,

                                          */s/ Tyler Maulsby*

                                          Tyler Maulsby

cc:    All Counsel (via ECF)

---

[1] We have not filed the enclosures to each letter; please let us know if the Court wishes us to do so.

LAW OFFICES

# LEVIDOW, LEVIDOW AND OBERMAN, P.C.

299 BROADWAY, SUITE 1800
NEW YORK, N.Y. 10007

(212) 964-3290

FAX (212) 571-1053

DAVID J. LEVIDOW (1927-2013)
RICHARD D. LEVIDOW (1931-2005)
RICHARD S. OBERMAN (1946-2015)
THOMAS R. CORVINO

STEVEN A. SCHWARTZ
PETER LoDUCA
ROBERT L. ELLENBERG

OF COUNSEL
JANE B. ROSENFELD

June 30, 2023

<u>Via First Class Mail</u>
Roberto Mata
21 Myers Avenue
Hicksville, NY 11801

Re:   <u>Mata v. Avianca, Inc.</u>, No. 22-cv-1461(PKC)

Dear Mr. Mata:

As required by the Court's order in this matter, enclosed please find a copy of the Opinion and Order on Sanctions dated June 22, 2023. Also enclosed please find a copy of:

(i) the transcript of the hearing of June 8, 2023 in this matter and (ii) a copy of the Affidavit dated April 25, 2023 including exhibits that was filed in this matter. As we have previously discussed, the Court dismissed your case in a separate order.

We wish to apologize once again for our actions in this matter. We recognize that you are extremely disappointed and we are deeply sorry.

If you have any questions or would like to discuss this matter, please feel free to contact us.

Sincerely,

_____
Steven A. Schwartz

_____
Peter LoDuca

_____
Levidow, Levidow & Oberman P.C.
By: Thomas A. Corvino

LAW OFFICES
# LEVIDOW, LEVIDOW AND OBERMAN, P.C.
299 BROADWAY, SUITE 1800
NEW YORK, N.Y. 10007

(212) 964-3290
FAX (212) 571-1053

DAVID J. LEVIDOW (1927-2013)
RICHARD D. LEVIDOW (1931-2005)
RICHARD S. OBERMAN (1946-2015)
THOMAS R. CORVINO
STEVEN A. SCHWARTZ
PETER LoDUCA
ROBERT L. ELLENBERG

OF COUNSEL
JANE B. ROSENFELD

June 30, 2023

Via First Class Mail
Hon. Anne Elizabeth Barnes
The Court of Appeals of the State of Georgia
330 Capitol Ave., S.E.
1st Floor, Suite 1601
Atlanta, Georgia 30334

Re:   *Mata v. Avianca, Inc.*, No. 22-cv-1461(PKC) (S.D.N.Y.)

Dear Judge Barnes:

As required by the Order of Hon. P. Kevin Castel dated June 22, 2023 in the above-referenced matter enclosed please find: (i) a copy of the Opinion and Order on Sanctions dated June 22, 2023; (ii) the transcript of the hearing of June 8, 2023 in this matter and (iii) a copy of the Affidavit dated April 25, 2023, including exhibits, that was filed in this matter.

We sincerely apologize for our actions in this matter, which led to the submission of an inauthentic judicial opinion including your name.

Respectfully submitted,

_____        _____        _____
Steven A. Schwartz             Peter LoDuca                   Levidow, Levidow & Oberman P.C.
                                                              By: Thomas A. Corvino

LAW OFFICES
# LEVIDOW, LEVIDOW AND OBERMAN, P.C.
299 BROADWAY, SUITE 1800
NEW YORK, N.Y. 10007

(212) 964-3290
FAX (212) 571-1053

DAVID J. LEVIDOW (1927-2013)
RICHARD D. LEVIDOW (1931-2005)
RICHARD S. OBERMAN (1946-2015)
THOMAS R. CORVINO
STEVEN A. SCHWARTZ
PETER LoDUCA
ROBERT L. ELLENBERG

OF COUNSEL
JANE B. ROSENFELD

June 30, 2023

<u>Via First Class Mail</u>
Hon. Barrington D. Parker
United States Court of Appels for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square, New York, NY 10007

Re:     <u>Mata v. Avianca, Inc.</u>, No. 22-cv-1461(PKC) (S.D.N.Y.)

Dear Judge Parker:

As required by the Order of Hon. P. Kevin Castel dated June 22, 2023 in the above-referenced matter enclosed please find: (i) a copy of the Opinion and Order on Sanctions dated June 22, 2023; (ii) the transcript of the hearing of June 8, 2023 in this matter and (iii) a copy of the Affidavit dated April 25, 2023, including exhibits, that was filed in this matter.

We sincerely apologize for our actions in this matter, which led to the submission of an inauthentic judicial opinion including your name.

Respectfully submitted,

_____           _____           _____
Steven A. Schwartz          Peter LoDuca                Levidow, Levidow & Oberman P.C.
                                                        By: Thomas A. Corvino

LAW OFFICES
# LEVIDOW, LEVIDOW AND OBERMAN, P.C.
299 BROADWAY, SUITE 1800
NEW YORK, N.Y. 10007

(212) 964-3290
FAX (212) 571-1053

DAVID J. LEVIDOW (1927-2013)
RICHARD D. LEVIDOW (1931-2005)
RICHARD S. OBERMAN (1946-2015)
THOMAS R. CORVINO
STEVEN A. SCHWARTZ
PETER LoDUCA
ROBERT L. ELLENBERG

OF COUNSEL
JANE B. ROSENFELD

June 30, 2023

Via First Class Mail
Hon. Dennis Jacobs
United States Court of Appels for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square, New York, NY 10007

Re:   *Mata v. Avianca, Inc.*, No. 22-cv-1461(PKC) (S.D.N.Y.)

Dear Judge Jacobs:

As required by the Order of Hon. P. Kevin Castel dated June 22, 2023 in the above-referenced matter enclosed please find: (i) a copy of the Opinion and Order on Sanctions dated June 22, 2023; (ii) the transcript of the hearing of June 8, 2023 in this matter and (iii) a copy of the Affidavit dated April 25, 2023, including exhibits, that was filed in this matter.

We sincerely apologize for our actions in this matter, which led to the submission of an inauthentic judicial opinion including your name.

Respectfully submitted,

_____    _____    _____
Steven A. Schwartz          Peter LoDuca                Levidow, Levidow & Oberman P.C.
                                                        By: Thomas A. Corvino

LAW OFFICES
## LEVIDOW, LEVIDOW AND OBERMAN, P.C.

299 BROADWAY, SUITE 1800
NEW YORK, N.Y. 10007

(212) 964-3290
FAX (212) 571-1053

DAVID J. LEVIDOW (1927-2013)
RICHARD D. LEVIDOW (1931-2005)
RICHARD S. OBERMAN (1946-2015)
THOMAS R. CORVINO
STEVEN A. SCHWARTZ
PETER LoDUCA
ROBERT L. ELLENBERG

OF COUNSEL
JANE B. ROSENFELD

June 30, 2023

Via First Class Mail
Hon. Reggie B. Walton
United States District Court for the District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:   *Mata v. Avianca, Inc.*, No. 22-cv-1461(PKC) (S.D.N.Y.)

Dear Judge Walton:

As required by the Order of Hon. P. Kevin Castel dated June 22, 2023 in the above-referenced matter enclosed please find: (i) a copy of the Opinion and Order on Sanctions dated June 22, 2023; (ii) the transcript of the hearing of June 8, 2023 in this matter and (iii) a copy of the Affidavit dated April 25, 2023, including exhibits, that was filed in this matter.

We sincerely apologize for our actions in this matter, which led to the submission of an inauthentic judicial opinion including your name.

Respectfully submitted,

Steven A. Schwartz

Peter LoDuca

Levidow, Levidow & Oberman P.C.
By: Thomas A. Corvino

LAW OFFICES
# LEVIDOW, LEVIDOW AND OBERMAN, P.C.
299 BROADWAY, SUITE 1800
NEW YORK, N.Y. 10007

(212) 964-3290
FAX (212) 571-1053

DAVID J. LEVIDOW (1927-2013)
RICHARD D. LEVIDOW (1931-2005)
RICHARD S. OBERMAN (1940-2015)
THOMAS R. CORVINO
STEVEN A. SCHWARTZ
PETER LoDUCA
ROBERT L. ELLENBERG

OF COUNSEL
JANE B. ROSENFELD

June 30, 2023

Via First Class Mail
Hon. Patrick E. Higginbotham
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

Re:   *Mata v. Avianca, Inc.*, No. 22-cv-1461(PKC) (S.D.N.Y.)

Dear Judge Higginbotham:

As required by the Order of Hon. P. Kevin Castel dated June 22, 2023 in the above-referenced matter enclosed please find: (i) a copy of the Opinion and Order on Sanctions dated June 22, 2023; (ii) the transcript of the hearing of June 8, 2023 in this matter and (iii) a copy of the Affidavit dated April 25, 2023, including exhibits, that was filed in this matter.

We sincerely apologize for our actions in this matter, which led to the submission of an inauthentic judicial opinion including your name.

Respectfully submitted,

_____
Steven A. Schwartz

_____
Peter LoDuca

_____
Levidow, Levidow & Oberman P.C.
By: Thomas A. Corvino

LAW OFFICES
# LEVIDOW, LEVIDOW AND OBERMAN, P.C.
299 BROADWAY, SUITE 1800
NEW YORK, N.Y. 10007

(212) 964-3290
FAX (212) 571-1053

DAVID J. LEVIDOW (1927-2013)
RICHARD D. LEVIDOW (1931-2005)
RICHARD S. OBERMAN (1946-2015)
THOMAS R. CORVINO
STEVEN A. SCHWARTZ
PETER LoDUCA
ROBERT L. ELLENBERG

OF COUNSEL
JANE B. ROSENFELD

June 30, 2023

Via First Class Mail
Hon. Adalberto Jordan
United States Courts of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Re:   *Mata v. Avianca, Inc.*, No. 22-cv-1461(PKC) (S.D.N.Y.)

Dear Judge Jordan:

As required by the Order of Hon. P. Kevin Castel dated June 22, 2023 in the above-referenced matter enclosed please find: (i) a copy of the Opinion and Order on Sanctions dated June 22, 2023; (ii) the transcript of the hearing of June 8, 2023 in this matter and (iii) a copy of the Affidavit dated April 25, 2023, including exhibits, that was filed in this matter.

We sincerely apologize for our actions in this matter, which led to the submission of an inauthentic judicial opinion including your name.

Respectfully submitted,

_____        _____        _____
Steven A. Schwartz                Peter LoDuca                     Levidow, Levidow & Oberman P.C.
                                                                   By: Thomas A. Corvino

LAW OFFICES
## LEVIDOW, LEVIDOW AND OBERMAN, P.C.
299 BROADWAY, SUITE 1800
NEW YORK, N.Y. 10007

(212) 964-3290
FAX (212) 571-1053

DAVID J. LEVIDOW (1927-2013)
RICHARD D. LEVIDOW (1931-2005)
RICHARD S. OBERMAN (1946-2015)
THOMAS R. CORVINO
STEVEN A. SCHWARTZ
PETER LoDUCA
ROBERT L. ELLENBERG

OF COUNSEL
JANE B. ROSENFELD

June 30, 2023

Via First Class Mail
Hon. Robin S. Rosenbaum
United States Courts of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Re:   *Mata v. Avianca, Inc.*, No. 22-cv-1461(PKC) (S.D.N.Y.)

Dear Judge Rosenbaum:

As required by the Order of Hon. P. Kevin Castel dated June 22, 2023 in the above-referenced matter enclosed please find: (i) a copy of the Opinion and Order on Sanctions dated June 22, 2023; (ii) the transcript of the hearing of June 8, 2023 in this matter and (iii) a copy of the Affidavit dated April 25, 2023, including exhibits, that was filed in this matter.

We sincerely apologize for our actions in this matter, which led to the submission of an inauthentic judicial opinion including your name.

Respectfully submitted,

Steven A. Schwartz          Peter LoDuca           Levidow, Levidow & Oberman P.C.
                                                   By: Thomas A. Corvino