UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ROBERTO MATA,

                        Plaintiff,                          22-cv-1461 (PKC)

      -against-                                      ORDER

AVIANCA, INC.,

                        Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Clerk is respectfully directed to enter judgment for the defendant and to close the case.

        SO ORDERED.

                                                  P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
       July 6, 2023