**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ROBERTO MATA,

                Plaintiff,                22 **CIVIL** 1461 (PKC)

    -against-                        **JUDGMENT**

AVIANCA, INC.,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 6, 2023, Judgment is hereby entered in favor of defendant; accordingly, the case is closed.

**Dated:** New York, New York
          July 7, 2023

                                                               **RUBY J. KRAJICK**

                                                         _____
                                                             **Clerk of Court**

                           **BY:**
                                                           _____
                                                             **Deputy Clerk**